

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 9, 2022

**By ECF**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Conference adjourned to 10/12/22 @ 10:00 am. Interevening time excluded from the Speedy Trial Act calculations in the interest of justice for the reasons stated.

SO ORDERED 9/12/22

Re: United States v. OneKey, LLC, *et al.*, 22 Cr. 414 (PED)

Dear Judge Davison,

    The Government respectfully requests that the Court adjourn the status conference currently scheduled in the above-captioned matter for September 29, 2022, at 10:00 A.M. to October 12 or 13, 2022, or any day thereafter that is convenient for the Court. I am scheduled to be on trial before Judge Seibel starting on September 28, 2022, and the other AUSA handling the above-captioned matter is scheduled to attend an argument before the United States Court of Appeals for the Second Circuit on September 29, 2022. In addition, the parties have conferred regarding the Government's production of discovery: the Government made discovery productions on August 17, 2022, and August 31, 2022, and anticipates its next production will occur by October 7, 2022. Defense counsel has agreed to this discovery schedule and consents to the requested adjournment of the upcoming conference.

    In the event the Court grants the requested adjournment of the upcoming conference, the Government respectfully requests that the Court exclude time pursuant to the Speedy Trial Act between the present time and the date of the adjourned conference. *See* 18 U.S.C. § 3161(h). The requested exclusion will allow the Government to continue to produce discovery, the defense to continue to review discovery, and the parties to prepare for the upcoming conference. Accordingly, the ends of justice served by this exclusion outweigh the best interests of the public and the defendant in a speedy trial. Defense counsel consents to the requested exclusion.

    Respectfully submitted,
    DAMIAN WILLIAMS
    United States Attorney

By: */s/ Steven J. Kochevar*
    Steven J. Kochevar
    Assistant United States Attorney
    (914) 993-1928