# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: October 27, 2022
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

            Plaintiff            **SCHEDULING ORDER**

    -against-               7:22-cr-00414-PED

Onekey LLC, et al.,

Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a telephone conference for 11/2/2022 at 10:30 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: 10/27/2022
       White Plains, New York

                                    SO ORDERED:

                                    s/       PED

                                    PAUL E. DAVISON
                                    United States Magistrate Judge