*This application is GRANTED. However, the parties are cautioned that this schedule cannot and will not be extended any further due to the Court's trial schedule. Oral argument rescheduled to 3/10/22 @ 10:00 a.m.*

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge    12/14/22

---

# Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

SCOTT A. RESNIK
scott.resnik@katten.com
+1.212.940.8543 direct
+1.212.894.5513 fax

December 12, 2022

**VIA ECF**
Hon. Paul E. Davison
United States District Court
Southern District of New York
300 Quarropas Street, Rm. 420
White Plains, NY 10601-4150

Re:   Joint Request for Adjournment of the motion schedule in re: *United States v. Onekey, LLC, et. al.*, No. 7:22-cr-00414-PED

Dear Judge Davison:

    The parties write jointly to request a modification to the current motion schedule. Currently, Defendant's motions are due December 16, 2022, the government's opposition is due January 30, 2023, Defendant's reply is due February 13, 2023, and oral argument on the papers is scheduled for February 27, 2023. However, the government has proposed, and Defendant agrees, that a brief adjournment is necessary while the parties explore a potential resolution to the case. Therefore, we respectfully request that the Court modify the current schedule as follows:

- Defendant's Motions due January 13, 2023
- Government's Opposition due February 10, 2023
- Defendant's Reply due February 24, 2023
- Oral Argument on the Motions on or after March 10, 2023, at the Court's convenience

    This amended schedule will give the parties adequate time to continue their discussions while still preserving the current trial start date of April 24, 2023 should those discussions prove unsuccessful.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/22

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP



50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

SCOTT A. RESNIK
scott.resnik@katten.com
+1.212.940.8543 direct
+1.212.894.5513 fax

DAMIEN WILLIAMS
United States Attorney

By: /s/ Steven J. Kochevar

Steven J. Kochevar
Stephanie Simon
Assistant United States Attorneys
Tel: (914) 993-1928/1920

By: /s/ Scott A. Resnik

Scott A. Resnik
Jake A. Nussbaum

**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10022-1605
Tel: (212) 940-8800
scott.resnik@katten.com
jake.nussbaum@katten.com

*Attorneys for Defendants*

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP