UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        -against-

ONEKEY, LLC,
FINBAR O'NEILL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 22-CR-414 (VR)

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion of Jake A. Nussbaum, counsel for Defendants Onekey, LLC and Finbar O'Neill, and the accompanying declaration,

**IT IS HEREBY ORDERED** that the Motion by Jake A. Nussbaum to withdraw as counsel for Defendants Onekey, LLC and Finbar O'Neill is granted, and Jake A. Nussbaum's appearance is hereby withdrawn as of the date of this Order. He shall be terminated from the CM/ECF service list for this matter.

Dated: _8/8/2023_____

                                                                                      _____
                                                                                     Hon. Victoria Reznik, U.S.M.J.